IN THE UNITED STATES DISRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00153-D-1

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | APPLICATION FOR |
| v. | : | WRIT OF HABEAS CORPUS |
| | : | (AD TESTIFICANDUM) |
| MAURICE QUINCEY DESHAWN WILLIAMS | : | |

NOW COMES Maurice Q.D. Williams, by and through the undersigned counsel, and applies to the court for the issuance of a writ of habeas corpus ad testificandum and avers:

1. Name of detainee: QUINTEZ RASHEED JEFFREYS
   Offender No. 1450866

2. Detained by: **Foothills Correctional Institution**
   **5150 Western Avenue, Morganton, NC. 28655**
   **Phone: (828) 438-5585**

3. The detainee's appearance is necessary on **October 5, 2020 by 8:00 a.m.** in the U.S. District Court, Raleigh, NC, Honorable Judge James C. Dever III, for the purpose of giving testimony at the sentencing hearing in the captioned proceeding. The detainee was an active participant in events related to the sentencing.

Date: 09/23/20    /s/ Scott L. Wilkinson
                  CJA Appointed Counsel for Maurice Q.D. Williams

**WRIT OF HABEAS CORPUS:** (x) Ad Testificandum

The instant application is granted, and the above-named correctional institution, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, or the arresting agent, are hereby directed to produce the named detainee on the date recited above, **October 5, 2020**, at the time, and in the place recited above, **U.S. District Court, Raleigh, NC, Honorable James C. Dever III**, and thereafter, to maintain the said detainee within the jurisdiction of the Court pending satisfaction of this writ or the further orders of this Court.

28 September 2020

Robert T. Numbers, II
United States Magistrate Judge