**U.S.A. vs. Maurice Quincy Deshawn Williams**                    **Docket No. 5:19-CR-153-1D**

### Petition for Action on Supervised Release

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maurice Quincy Deshawn Williams, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 100 Grams or More of Heroin, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B), and Distribution of a Quantity of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on October 5, 2020, to the custody of the Bureau of Prisons for a term of 86 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Maurice Quincy Deshawn Williams was released from custody on January 17, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is committed to showing the court that he is a prosocial and law-abiding individual. The defendant has expressed interest in Cognitive Based Intervention programming. The probation office has established that the defendant is a suitable candidate for the Moral Reconation Therapy program. Therefore, it is recommended that a cognitive behavioral therapy condition be added to assist him with addressing criminal thinking patterns and avoiding risky behavior in the future

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ Melissa K. Lunsmann                         /s/ Andrew B. Medley
Melissa K. Lunsmann                             Andrew B. Medley
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                310 New Bern Avenue, Room 610
                                                Raleigh, NC 27601-1441
                                                Phone: 984-212-1689
                                                Executed On: March 25, 2026

**Maurice Quincy Deshawn Williams**
**Docket No. 5:19-CR-153-1D**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this _____25_____ day of _____March_____, 2026, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge